# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136423(77)

JOAN B. JACKSON,
Plaintiff-Appellee,

v

ESTATE OF RONALD B. GREEN,
Defendant-Appellant.

_____

SC: 136423
COA: 269244
Charlevoix CC: 04-057520-CH

On order of the Chief Justice, the motion by plaintiff-appellee for extension of the time for filing her brief is considered and is GRANTED IN PART ONLY. The time for filing by plaintiff-appellee is extended to February 17, 2009.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2009

Clerk